IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-018 |
| | ) | |
| ELIJAWAN LEYSATH RHODES | ) | |

**O R D E R**
_____

Before the Court is the government's pretrial discovery motion. The Court **DIRECTS** defense counsel and the government to file a joint status report by May 3, 2022, that states whether all pretrial motions have been satisfied or otherwise resolved. Any unresolved motions requiring a ruling by the Court must be listed by title and docket number. For the convenience of the parties, the form for the joint status report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Criminal, Joint Status Report.

The Court will require attendance at a hearing on any motion listed as unresolved and may require supplemental briefing prior to such hearing. The parties should only list motions over which the parties disagree. Motions not listed will be deemed resolved or waived.

SO ORDERED this 26th day of April, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA